IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /C/ D.C.

05 JUL 11 PM 4: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                               NO. 05-20073-MaV

ARIANE GRANT,

    Defendant.

---

ORDER OF TRANSFER

---

Upon the oral motion of the parties, this defendant is transferred to the court presiding over a related case in which this defendant is indicted. For good cause shown, the motion is granted and the above-styled case, **only as to the defendant Ariane Grant,** is hereby transferred to Judge Bernice Donald in exchange for an equivalent case. The co-defendants, Tiffany Maxwell and Yulanda Jones will remain assigned to Judge Mays.

It is so ORDERED this 11K day of July, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-14-05___

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20073 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT